# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2011

142616

WILLIAM D. HARDER,
         Plaintiff-Appellee,

v

CASTLE BLUFF APARTMENTS,
         Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142616
COA: 298975
WCAC: 09-000196

_____/

      On order of the Court, the application for leave to appeal the January 27, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. We note that, contrary to the analysis provided by the Workers' Compensation Appellate Commission (WCAC), MCL 418.361(1) applies at all times to partially disabled workers, see *Lofton v AutoZone, Inc*, 482 Mich 1005 (2008), but the magistrate in this case found, and the record supports, that the plaintiff did not have the ability to earn wages within his qualifications and training, and the WCAC therefore properly affirmed the magistrate's decision.

      CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would deny leave to appeal without the further statement found in the majority's order.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2011

Clerk

t0531